UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 29 AM 11:31
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Case No. '08 MJ 0604 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Joaquin LOPEZ-Serrano** Defendant. | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **February 27, 2008**, within the Southern District of California, defendant, **Joaquin LOPEZ-Serrano**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

U.S. Immigration
& Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **February 2008.**

UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**NAME: Joaquin LOPEZ-Serrano**

**PROBABLE CAUSE STATEMENT**

As part of assigned duties of the Detention and Removal Office, Immigration Agents review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On February 27, 2008, the defendant identified as, Joaquin LOPEZ-Serrano, was arrested by the Escondido Police Department for 8USC1251, "Deportation Proceedings", and booked into county jail. An Immigration Agent conducted a field interview, determined the defendant to be a citizen of Mexico and placed an I-247 (Immigration Hold). On February 28, 2008, the defendant was referred to the custody of Immigration and Customs Enforcement (ICE/DRO) for further action. At approximately 9:00 a.m. Immigration Agents conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on May 25, 2005, and removed to Mexico via the Nogales, Arizona, Port of Entry on May 25, 2005. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Joaquin LOPEZ-Serrano, a citizen and national of Mexico.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States and has no legal right to re-enter.

Based upon the foregoing information, there is probable cause to believe that Joaquin LOPEZ-Serrano has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.